BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>        Plaintiff, )<br>        )<br>    v.  )<br>        )<br>JORGE ZAMORA, )<br>        )<br>        Defendant. )<br>        )<br>_____ ) | 2:16-po-00093-CKD<br><br>ORDER TO DISMISS<br>VIOLATION NOTICE 2169238/CA12<br><br>DATE: April 12, 2016<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00093-CKD relating to Violation Number 2169238/CA12 without prejudice is GRANTED. The United States Attorney's Office is directed to notify the defendant of the court's dismissal of this case; the Clerk's Office is not required to complete service by mail on the defendant.

   IT IS SO ORDERED.

Dated:  April 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1